# Sally J.M. Butler
## Attorney at Law
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361
Office (718) 279-4500    Email: szsb@aol.com
Facsimile (718) 281-0850

*By ECF and E-mail*

February 24, 2013

U.S.P.O. Roberta Houlton
United States Probation
147 Pierrepont Street
Brooklyn, New York 11201

      Re:   *United States v. Huntley*
            Criminal Docket Number 13CR54

Dear Officer Houlton:

    Please be advised, I am currently on trial in the matter of *People v. Cyan Brown* in Queens Supreme Court. As a result, the probation report interview of Shirley Huntley scheduled for February 27, 2013 will need to be postponed. I am advised that the trial will last another three to four weeks.

    Thank you for your assistance in this matter.

                                Yours truly,

                                Sally Butler

cc: Clerk of the Court