UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

SHIRLEY HUNTLEY,

Defendant.

**ORDER**

13-CR-54

**JACK B. WEINSTEIN, Senior United States District Judge:**

The government, with the consent of defendant, has requested clarification of the court's May 7, 2013 order regarding unsealing of defendant's sentencing submission. *See* Gov't Ltr. Seeking Clarification, May 8, 2013, ECF No. 23.

The materials upon which clarification is sought shall remain sealed. They are based on hearsay and do not represent the activities of defendant upon which the court will sentence her.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: May 8, 2013
Brooklyn, New York

1