**Sally J.M. Butler**

Attorney at Law

42-40 Bell Boulevard, Suite 302

Bayside, New York 11361

---

Office(718) 279-4500                                      Email szsb@aol.com

<u>*By ECF*</u>

May 8, 2013

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: *United States v. Shirley Huntley*
         Docket No: 13 cr 54 (JBW)

Dear Judge Weinstein:

 Pursuant to This Court's Order dated May 7, 2013, the attached sentencing memorandum has been publicly filed with the Court.

              Respectfully Submitted.


              Sally Butler
              Attorney for Shirley Huntley


cc: Roberta Houton, USPO
   Daniel Spector, AUSA