Re: redactions on defendant Huntley's sentencing memorandum
Daniel Wolf   to: szsb                                              05/08/2013 01:26 PM
Cc: daniel.spector, paul.tuchmann

The Judge has reviewed the proposed redactions and finds that no changes are warranted.

---

Daniel H. Wolf
Law Clerk to the Honorable Jack B. Weinstein
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2523 (phone)
(718) 613-2527 (fax)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 08 2013 ★
BROOKLYN OFFICE

F+D
5/8/13

---

| szsb | Mr. Wolf, After consulting with the government, I... | 05/08/2013 12:59:31 PM |

From:     szsb@aol.com
To:       Daniel_Wolf         daniel.spector@usdoj.gov, paul.tuchmann@usdoj.gov,
Date:     05/08/2013 12:59 PM
Subject:  redactions on defendant Huntley's sentencing memorandum

---

Mr. Wolf,
After consulting with the government, I submit for your review my redacted sentencing memorandum to be filed publicly pursuant to Judge Weinstein's order of May 7, 2013. In an abundance of caution, I ask that you review the redactions prior to filing.
The government has requested that I *not* file the document publicly until the time of 2PM. I would suggest that you make your review and notify me if any changes are warranted. The government will then advise me if they have secured a stay of the order. If they have not I will file the redacted document on ECF in a public format.
All parties appreciate your assistance.
Sally Butler
718 279 4500 [attachment "redacted version.pdf" deleted by Daniel Wolf/NYED/02/USCOURTS]



redactions on defendant Huntley's sentencing memorandum
szsb
to:
Daniel_Wolf, daniel.spector, paul.tuchmann
05/08/2013 12:59 PM
Hide Details
From: szsb@aol.com
To: Daniel_Wolf, daniel.spector@usdoj.gov, paul.tuchmann@usdoj.gov,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 08 2013 ★
BROOKLYN OFFICE

1 Attachment

redacted version.pdf

Mr. Wolf,
After consulting with the government, I submit for your review my redacted sentencing memorandum to be filed publicly pursuant to Judge Weinstein's order of May 7, 2013. In an abundance of caution, I ask that you review the redactions prior to filing.
The government has requested that I *not* file the document publicly until the time of 2PM. I would suggest that you make your review and notify me if any changes are warranted. The government will then advise me if they have secured a stay of the order. If they have not I will file the redacted document on ECF in a public format.
All parties appreciate your assistance.
Sally Butler
718 279 4500

*File & Docket at 2:00 P.M. So ordered JW 5/8/13*

1:15 PM